Pacific Law Partners, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949) 242-2441 - Facsimile (949) 242-2446

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRYSTAL COLEMAN<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-05938-SVW-AS<br><br>[Los Angeles County Superior Court Case No. 23CMCV01081]<br><br>**JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint filed: July 18, 2023 |

1     **WHEREAS,** on November 14, 2024, this Court **GRANTED** Defendant State Farm's ("Defendant") Motion for Summary Judgment against Plaintiff Crystal Coleman ("Plaintiff") and **DISMISSED** all claims,

    **IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, upon the findings of the Court, that Judgment is entered in favor of Defendant and against Plaintiff, in accordance with this Court's previous Order granting Defendant's Motion for Summary Judgment, the action be dismissed on the merits, and that Defendant recover its costs.

DATED: December 12, 2024

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE